UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ENCOMPASS FLORIDIAN**
**INSURANCE COMPANY,**

       **Plaintiff,**

**v.**                                    Case No: 6:18-cv-228-Orl-41DCI

**DALE DUNN,**

       **Defendant.**

                                    /

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion for Attorney's Fees and Costs (Doc. 103). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 108) in which he recommends granting Defendant's Motion in part, finding that Defendant is entitled to attorney's fees pursuant to Florida Statute § 627.428(1), and giving Defendant fourteen days to quantify his fees. (*Id.* at 4).

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis set forth in the R&R. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 108) is **ADOPTED** and **CONFIRMED** and is made a part of this Order.

2. Defendant's Motion for Attorney's Fees and Costs (Doc. 103) is **GRANTED in part**. Defendant is entitled to his attorney fees pursuant to Florida Statute § 627.428(1). The Court reserves jurisdiction to determine the amount of attorney fees.

3. **On or before June 13, 2019**, Defendant shall file a motion to quantify his attorney fees in full compliance with Local Rule 3.01(g). Failure to do so will result in denial of attorney's fees without further notice.

4. Defendant's Motion is **DENIED** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on May 31, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record