UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ENCOMPASS FLORIDIAN**
**INSURANCE COMPANY,**

      **Plaintiff,**

v.                                                    Case No: 6:18-cv-228-Orl-41DCI

**DALE DUNN,**

      **Defendant.**
      _____/

## ORDER

THIS CAUSE is before the Court on Defendant's Opposed Comprehensive Motion to Quantify Attorney's Fees and Interest (Doc. 114). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 122), in which he recommends granting Defendant's Motion in part and awarding Defendant a total of $51,925.00 in attorney fees along with prejudgment interest accruing from February 7, 2019. Judge Irick recommends that the Motion be otherwise denied.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 122) is **ADOPTED** and **CONFIRMED** and is made a part of this Order.

2. Defendant's Opposed Comprehensive Motion to Quantify Attorney's Fees and Interest (Doc. 114) is **GRANTED in part**.

3. **On or before November 5, 2019**, Plaintiff shall pay Defendant $51,925.00 in attorney fees along with prejudgment interest accruing from February 7, 2019.

4. Defendant's Motion is **DENIED** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record